RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/1/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 07-30037 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| TANYA MARIE SMITH | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's motion under 28 U.S.C. § 2255 [Doc. No. 84] be **DENIED**.

MONROE, LOUISIANA, this **31** day of **August**, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE